# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## <u>JUDGMENT IN A CIVIL CASE</u>

_____

**KAREN A. OTTATI**

                **Plaintiff**

     **vs.**                          **CASE NUMBER: 6:06-CV-1370**
                                                    **(NPM/DEP)**

**CITY OF AMSTERDAM; AMSTERDAM POLICE DEPARTMENT; JOSEPH EMANUELE, III, individually and as Mayor of the City of Amsterdam; THOMAS V.N. BROWNELL, individually and as Chief of Amsterdam Police Department**

                **Defendants**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the City of Amsterdam Police Department previously being _sua sponte_ DISMISSED from this action on April 11, 2008, the Court _sua sponte_ DISMISSES the Complaint against remaining Defendants Thomas V.N. Brownell, the City of Amsterdam, and Joseph Emanuele, III.  Judgment is hereby entered in favor of the Defendants and this case is closed.

All of the above pursuant to the Orders of the Honorable Senior District Judge Neal P. McCurn, dated the 11th day of April, 2008 and the 28th day of March, 2011.


DATED: March 29, 2011

                            *Lawrence K. Baerman*
                            Clerk of Court


                            s/ Melissa Ennis
                            Melissa Ennis, Deputy Clerk